### 2495. LANDRUM *v.* THE STATE.

RUSSELL, J. The charge of the court as to words, threats, and menaces was restricted to their legal effect in case they resulted in a homicide due to an irresistible impulse of passion, but excluded from the consideration of the jury the legal effect of words, threats, and menaces as a defense, in case the jury found that the homicide resulted from fear caused by threats and menaces, rather than from passion. This view of the case was not presented to the jury, and it was, therefore, error not to grant a new trial. The case is controlled by the rulings in *Cumming* v. *State*, 99 *Ga.* 662 (27 S. E. 177), and in *Rossi* v. *State*, 7 *Ga. App.* 732 (68 S. E. 56).          *Judgment reversed.* .

DECIDED MARCH 3, 1911.

Conviction of manslaughter: from Floyd superior court—Judge Maddox. February 19, 1910.

*Ennis & Shaw, Seaborn & Barry Wright, C. G. Clements, Max Meyerhardt,* for plaintiff in error. *John W. Bale, solicitor-general,* contra.